IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Michael Morgan, | NO. C 10-02291 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Washington Mutual Bank, | |
| Defendant. | |

Pursuant to the Court's July 26, 2010 Order Adopting Report and Recommendation; Dismissing Case With Prejudice, judgment is entered in favor of Defendant, Washington Mutual Bank, dba, JP Morgan Chase Bank, N.A., against Plaintiff Michael Morgan.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: July 26, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ricardo Diego Navarrette rnavarrette@adorno.com
Theodore Emery Bacon tbacon@adorno.com
Wendell Jamon Jones wjjones@hightechlawyer.net

**Dated: July 26, 2010**                                            **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers
                Elizabeth Garcia
                Courtroom Deputy**